UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

—v—

Shaquille John,

               Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

An arraignment and initial conference for an alleged violation of supervised release is hereby scheduled for February 7, 2020, at 11 a.m.

Dated: January 30, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge