UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Shaquille John,

              Defendant.

FEB 1 8 2020

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As stated on the record at the arraignment and initial conference for an alleged violation of supervised release held on February 13, 2020, Mr. John's conditions of supervised release are hereby modified as follows: He will participate in and complete an in-patient substance abuse treatment program, which may include the Serendipity I program, or another such program approved by the United States Probation Office, of at least 28 days. Such program may include testing to determine whether Mr. John has reverted to using drugs or alcohol. The court authorizes the release of available drug treatment evaluations and reports to the substance abuse treatment provider, as approved by the Probation Officer. Mr. John will be required to contribute to the costs of services rendered (co-payment), in an amount determined by the Probation Officer. At the discretion of the Probation Officer, Mr. John shall participate in a mental health program approved by the U.S. Probation Office. Mr. John shall continue to take any prescribed medications unless otherwise instructed by the health care provider. He shall contribute to the costs of services rendered not covered by third-party payment, if he has the ability to pay. The court authorizes the release of available psychological and psychiatric evaluations and reports to the health care provider.

    A status conference in the above-captioned matter is scheduled for May 13, 2020 at 12:45 p.m.

    SO ORDERED.

1

Dated: February 19, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge