USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/20

# STEVEN L. BROUNSTEIN PLLC
*Attorney at Law*

32 Court Street
Brooklyn, New York 11201
Suite 408

_____

(718) 875-5700
FAX (718) 625-6637
sbattylaw@gmail.com

SO ORDERED  5/8/20

*/s/ Alison J. Nathan*

Alison J. Nathan, U.S.D.J.

**Via ECF**

May 5, 2020

Hon Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> The status conference currently scheduled for May 13, 2020 is hereby adjourned to August 5, 2020 at 12:45 p.m.
> SO ORDERED.

<u>United States v. Shaquille John et.al.</u>
15-cr-0095(AJN)

Dear Judge Nathan:

     I represented Mr. John who was sentenced by the Court on August 7th to thirty six (36) months of incarceration and three (3) years of supervised release. On February 13th a hearing was held concerning my client's violation of supervised release filed by USPO Lauren Blackford. That hearing was adjourned until May 13th, 2020 for the Court to assess my clients progress. Additionally, it was adjourned for Ms. Blackford to find the appropriate treatment clinic for Mr. John. Unfortunately, the current Covid 19 crises has stymied that effort. Complicating the matter is my understanding that Mr. John is ill but has not been tested for the virus. Ms. Blackford has found a facility which may admit Mr. John and may have beds opening up in two weeks. His acceptance into that program will be premised on him being tested for the virus. I have been in communication with Ms. Blackford and given the current situation we have discussed adjourning the matter to a time convenient to the Court in and around the last week of July or the first week of August.

     I thank the Court for considering this request.

Respectfully submitted;

/s/

**STEVEN L. BROUNSTEIN**