USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__8/5/20____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Shaquille John,

Defendant.

---

15-cr-95-53 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As stated on the record at the arraignment and initial conference for alleged violationss of supervised release held on August 5, 2020, Mr. John's conditions of supervised release are hereby modified as follows:  Within one week of this Order, Mr. John shall report to drug testing, as directed by the Probation Officer.  Also within one week of this Order, Mr. John shall provide to the Probation Officer all of the information necessary to verify his employment.  Finally, Mr. John shall participate in an outpatient drug treatment program approved by the United States Probation Office, as directed by the Probation Officer.

A status conference in the above-captioned matter is hereby scheduled for September 10, 2020 at 11 a.m.

SO ORDERED.

Dated:  August 5, 2020
        New York, New York

_____
ALISON J. NATHAN
United States District Judge

1