```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
United States of America,                                               :
                                                                        :
           -v-                                                          :   15-cr-95-53 (AJN)
                                                                        :
Shaquille John,                                                         :   ORDER
                                                                        :
                           Defendant.                                   :
                                                                        :
------------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      A status conference for alleged violations of supervised release in the above-captioned matter is currently scheduled for September 10, 2020 at 11 a.m. Dkt. No. 2947. In light of the COVID public health crisis, there are significant safety issues related to in-court proceedings. If the Defendant is willing to waive his physical presence, this proceeding will be conducted remotely. To that end, defense counsel shall confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him. If the Defendant consents and is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall file the executed form **at least 24 hours prior to the proceeding**. In the event the Defendant consents, but counsel is unable to obtain or affix the Defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form.

      SO ORDERED.

Dated: August 31, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

              -v-

    SHAQUILLE JOHN,
              Defendant.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**15-CR-95-53 (AJN)**

**Check Proceeding that Applies**

\_\_\_\_   Violation of Supervised Release

I am aware that I have been charged with violations of supervised release and that the Court has scheduled a conference to address the charges. I have consulted with my attorney about those charges. I understand I have a right to appear before a judge in a courtroom in the Southern District of New York and to have my attorney beside me as I do. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge. By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me so long as my attorney is able to participate in the proceeding on my behalf and I am able to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:   _____   _____
                Print Name                                                    Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:   _____   _____
                Print Name                                                    Signature of Defense Counsel

**Accepted:**   _____
                     Signature of Judge
                     Date: