UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/20
```

United States of America,

—v—

Shaquille John,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A status conference on alleged violations of supervised release is currently scheduled for Thursday, September 10, 2020 at 11:00 A.M. As noted in this Court's August 31, 2020 Order, the conference will be held remotely. Dkt. No. 2983. The conference will proceed by teleconference. At 11a.m. on September 10, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 919-6964, followed by the pound (#) key. In advance of the conference, the parties shall submit to the Court a joint letter indicating what they intend to address at the status conference.

SO ORDERED.

Dated: September 9, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge