USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

—v—

Shaquille John,

Defendant.

15-cr-95 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

The Court is in receipt of the Defendant's September 24, 2020 letter and the Government's September 24, 2020 response.  Dkt. Nos. 3013, 3016.  In its letter, the Government requested that the Defendant be ordered remanded.  *See* Dkt. No. 3016.  The Court agrees that, under the circumstances, remand is appropriate.  The Government is hereby ORDERED to provide a status update within one week of this Order, including whether it continues to seek the Defendant's remand and addressing whether the Government is seeking a bench warrant.

SO ORDERED.

Dated: October 7, 2020
        New York, New York

_____
ALISON J. NATHAN
United States District Judge